# Richard B. Dulany, Jr.

### Attorney at Law

P.O. Box 782524 ◆ San Antonio, Texas 78278
Phone: (210) 373-2303 ◆ Fax: (210) 444-9070
richarddulany@gmail.com

October 5, 2015

**SENT BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**ARTICLE NO.: 7010 1870 0003 3825 1460**

Edward Houston
SID# 1030429
BCADC
200 N. Comal
San Antonio, TX 78207

Re:  Edward Houston v. The State of Texas
     Case No. 04-15-00513-CR

Dear Mr. Houston:

Your appeal was assigned to me when I was employed by the Bexar County Public
Defender's Office. I was fired by that office on September 24, 2015. I have no access to
your file, so I can do no work on your case. I also cannot receive any letters or emails
that may have been sent to my former address at the public defender's office.
Nevertheless, I am still listed as your attorney on the Fourth Court of Appeals' website.

I do not want your appeal to be delayed any further. I also want the trial court to
determine who will be your attorney for your appeal. For those reasons, I filed a motion
to withdraw as counsel. A copy is enclosed. You have a right to object to my motion. If
you want to object, you should write to: Honorable Keith E. Hottle, Clerk, Fourth Court
of Appeals District, Cadena-Reeves Justice Center, 300 Dolorosa, Suite 3200, San
Antonio, TX 78205. As I stated in my motion, I am willing to represent you on appeal if I
am appointed, but that is a matter for the trial court to determine.

Sincerely,

RICHARD B. DULANY, JR.
Attorney at Law

enclosure

ACCEPTEI
04-15-00513-CI
FOURTH COURT OF APPEAL:
SAN ANTONIO, TEXA:
10/2/2015 10:52:16 AP
KEITH HOTTLI
CLERI

## No. 04-15-00513-CR

## IN THE
## FOURTH COURT OF APPEALS
## OF TEXAS
## AT SAN ANTONIO, TEXAS

EDWARD HOUSTON

V.

THE STATE OF TEXAS



---

## MOTION TO WITHDRAW AS COUNSEL

---

**TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS OF TEXAS:**

COMES NOW, EDWARD HOUSTON, the Appellant in the above styled and numbered cause, through the undersigned counsel, pursuant to Texas Rules of Appellate Procedure 6.1, 6.5, 10.1(a) and 10.2, and files this motion to withdraw as counsel for the Appellant. In support of this motion, undersigned counsel respectfully shows the following:

**I.    The factual basis for this motion:**

The trial court appointed attorney Michael Young, in his capacity as Chief Public Defender of Bexar County, Texas, to represent the Appellant in this case. The

1

case was assigned to the undersigned attorney while he was employed as an Assistant Public Defender with the Appellate Unit of the Bexar County Public Defender's Office. The undersigned attorney entered his appearance as lead counsel for the Appellant by filing the docketing statement in this case.

On September 24, 2015, the undersigned attorney was abruptly fired by Chief Public Defender Michael Young and is no longer employed by the Bexar County Public Defender's Office. The undersigned attorney offered to continue to represent the Appellant in this case, but Mr. Young refused and said the Public Defender's Office would "keep" its cases. Mr. Young told the undersigned to leave the office immediately. The undersigned attorney was not allowed to access his former work computer or electronic files, and has no access to the physical file that he created for this case. He also cannot receive any emails that this Court may have sent to his former Bexar County email address, including any notices or orders relating to this case. In short, the undersigned can do no further work in this case.

Within a few hours after being fired, the undersigned attorney met in person with the Honorable Clerk of the Court, Keith Hottle, to explain that he could take no further action in this case despite the pending deadline for filing the Appellant's brief. The undersigned provided the same information by letter the next day.

One week later, the undersigned still listed as lead counsel in this case per the

Court's website. To avoid being held accountable for any further delay in this case, and also to avoid being held accountable for some other person's filings or similar actions, taken without the undersigned attorney's knowledge or consent even while he is still listed as lead counsel on this Court's website, the undersigned now must formally move to withdraw as counsel for the Appellant. All of these facts are within the personal knowledge of the undersigned attorney.

## II. Required contents of a motion for leave to withdraw:

Rule 6.5(a) of the Texas Rules of Appellate Procedure requires the withdrawing attorney to provide the following information:

(1) The appellant's brief is due to be filed on [no date set]. The court reporter's record was due to be filed on September 28, 2015.

(2) The appellant's last known address is: Edward Houston, #1030429, Bexar County Adult Detention Center, 200 N. Comal, San Antonio, TX 78207.

(3) A copy of this motion was mailed to the Appellant via Certified Mail, Return Receipt Requested, Article No. 7010 1870 0003 3825 1406

(4) The Appellant was informed that he could object to this motion, and also informed that the undersigned attorney no longer works for the Bexar County Public Defender's Office.

3

**III.  The undersigned attorney will accept appointment in this case:**

If appointed by the trial court, the undersigned attorney will continue to represent the Appellant in this case, but only if the Appellant consents and the Bexar County Public Defender's Office is removed as counsel of record.

## PRAYER

THEREFORE, undersigned counsel for the Appellant prays that this Court temporarily abate this appeal and remand this case to the trial court for a hearing on this motion. As always, the Appellant also asks this Court to grant all such relief as is fair and just.

Respectfully submitted,

RICHARD B. DULANY, JR.
Texas Bar No. 06196400
Attorney at Law
P.O. Box 782524
San Antonio, TX 78278
(210) 373-2303
(210) 444-9070 fax
richarddulany@gmail.com

/s/ Richard B. Dulany, Jr.

RICHARD B. DULANY, JR.

ATTORNEY FOR APPELLANT

4

## CERTIFICATE OF SERVICE AND COMPLIANCE

The undersigned does hereby certify that a copy of the above motion was delivered by electronic service to the Appellate Section of the State's Attorney: Nicholas A. LaHood, Criminal District Attorney, Bexar County District Attorney's Office, Appellate Section, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205, on **October 2, 2015**. The word count is **784**.

/s/ Richard B. Dulany, Jr.

RICHARD B. DULANY, JR.

Cause NO. 2014 CR 7827

THE STATE OF TEXAS

    VS.

Edward Houston

IN THE DISTRICT COURT

227 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

AFFIDAVIT

To Honorable Keith E. Hottle, Clerk, Fourth Court of Appeals District, Cadena-Reeves Justice Center 300 Delorosa, Suite 3200, San Antonio Texas 78205. I Edward Houston would like for Richard B. Dulany, Jr. to remain as my Attorney to fully represent me in reguard to case number 04-15-00513-CR in the Fourth Court of Appeals, Baxar County Criminal Justice Center

_____
AFFIANT

STATE OF TEXAS   *   *   *   *   *

COUNTY OF BEXAR   *   *   *   *

ON THIS 12 DAY OF October, 2015, PERSONALLY APPEARED BEFORE ME Edward Houston WHO STATED UNDER OATH THAT THE ABOVE AND FOREGOING INFORMATION CONTAINED IN THE AFFIDAVIT IS TRUE AND CORRECT.

SWORN TO AND SIGNED BEFORE ME ON THIS THE 12 DAY OF October, 2015.

LINDA GARZA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 10-04-2016

_____
NOTARY PUBLIC

Edward Huos Pan # 1036429
206 N Comal ST
San Antonio TX 78207

Legal Mail
10/13/2015
US POSTAGE $00.70⁵
FIRST-CLASS MAIL
ZIP 78205
041L12202049

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio, Texas 78205

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT 15 PM 1:36
KEITH E. HOTTLE, CLERK